# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**NANCY LEWIS**,

    Plaintiff,

v.                                                   **Cause No. 6:09-cv-703 DJS/RHS**

**BURGER KING, Llano Street,**
**Santa Fe**,

    Defendant.

## ORDER

**THIS MATTER** is before the Court on pro se Plaintiff Nancy Lewis's *Motion to Arrange Payment*. [Doc. 24.] Lewis seeks to make monthly payments toward appellate filing fees incurred in bringing a frivolous appeal.

The Tenth Circuit dismissed Lewis's appeal as "frivolous," denied permission to proceed *in forma pauperis* on appeal, and reminded her that she "remains obligated to pay her appellate filing fee." [Doc. 23.] When a party has been denied *in forma pauperis* status, the filing fee becomes due in full. The Court has no authorized procedural mechanisms for loaning appellants the money to pay for filing appeals.

Accordingly, Lewis shall pay for her fees in full by using a credit card, by collecting on monies that are due to her from private individuals, by borrowing the money from friends, family, or a bank, or by some other means.

**IT IS ORDERED** that Lewis's motion to arrange payments [Doc. 24] is DENIED.

_____
DON J. SVET
United States Magistrate Judge
Presiding by Consent